Jacob Feldman, Appellant, v. Sam Himmelstein, Respondent.— Order denying plaintiff's motion for summary judgment in an action upon a non-negotiable promissory note affirmed, with ten dollars costs and disbursements. (*Curry* v. *Mackenzie*, 239 N. Y. 267, 272.) Appeal from order denying plaintiff's motion for reargument dismissed as not appealable. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

Mary Emma Ghetti, Respondent, v. Christina T. Grant Garrett, Appellant. —Action on a bond. Order denying defendant's motion to make the complaint more definite and certain affirmed, in so far as appealed from, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Carswell, Scudder and Johnston, JJ., concur.

Thomas F. Hanley, as Receiver of the Elmhurst National Bank of New York, Appellant, v. Adolph Franken, Respondent.— In an action on promissory notes, judgment dismissing the complaint on the merits unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.

Mary Haviland, as Administratrix, etc., of John Haviland, Deceased, Respondent, v. The Village of Scarsdale, Defendant, and Westchester Lighting Company, Appellant.*— Judgment for plaintiff in an action to recover damages for loss of life, due to the escape of gas from a pipe maintained by defendant Westchester Lighting Company, and order denying motion to set aside the verdict and for a new trial unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Davis, JJ.

In the Matter of the Probate of the Last Will and Testament, and the Issuance of Letters of Administration with the Will Annexed of Ruby Ackerman, Also Known as Ruby Ackerman Muller, Deceased. Abraham Muller, Appellant; Edna E. Ackerman and Another, Respondents.— Order of the Surrogate's Court of Kings county granting reargument and on reargument denying appellant's motion for letters of administration with the will annexed unanimously affirmed, with costs to respondents payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Scudder, Tompkins and Davis, JJ.